1

2

3            UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6    JASMINE BATH,                          Case No.  13-cv-03690-JCS
                     Plaintiff.
7
                                            **ORDER SETTING CASE**
8         v.                                **MANAGEMENT CONFERENCE**

9    SMITH & NEPHEW, INC.,                  Re: Dkt. No. 14
                     Defendant.
10

11

12   TO ALL PARTIES AND COUNSEL OF RECORD:

13         The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for

14   trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and

15   Civil L.R. 16-10, that a Case Management Conference shall be held in this case on   **February 14,**

16   **2014, at 1:30 P.M**., in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue,

17   San Francisco, California.

18         The parties shall appear in person or through counsel and shall be prepared to discuss all

19   items referred to in Civil L.R. 16-10.  In view of the recent filing of case management statements,

20   no additional case management statements need be filed.

21         All documents filed with the Clerk of the Court shall list the civil case number followed

22   only by the initials "**JCS**."  One copy shall be clearly marked as a chambers copy.

23         IT IS SO ORDERED.

24

25   Dated: January 10, 2014

26                                          _____

27                                          JOSEPH C. SPERO
                                            United States Magistrate Judge
28