FRANK E. MAYO (BAR NO. 42972)
LAW OFFICE OF FRANK E. MAYO
4962 El Camino Real
Los Altos, CA 94022
Telephone (650) 964-8901

Attorney for Plaintiff Jasmine Bath

ROD M. FLIEGL (BAR NO.241966)
LITTLER MENDELSON, P.C.
650 California St., 20th Fl.
San Francisco, CA 94108
Telephone: (415) 433-1940

Attorneys for Defendant
SMITH & NEPHEW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMINE BATH,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW, INC.<br>A Delaware Corporation,<br><br>    Defendant. | Case No. C13-03690 JCS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

IT IS HEREBY STIPULATED by the parties to this action, through their designated counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own fees and costs. This stipulation for dismissal with prejudice shall not constitute or be deemed an admission of any kind by either party regarding the merits of this action

STIPULATION FOR DISMISSAL WITH PREJUDICE   1
PURSUANT TO FRCP 41(A)(1)

Dated: March 7, 2014      FRANK E. MAYO
                                ATTORNEY AT LAW

                              /S/   Frank E. Mayo
                            Frank E. Mayo, Attorney for Plaintiff
                            JASMINE BATH

Dated: March   , 2014     LITTLER MENDELSON

                            By: _____
                                Rod M. Fliegel

                            Attorneys for Defendant
                            SMITH & NEPHEW, INC.

Dated: 4/7/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY FEDERAL EXPRESS - OVERNIGHT DELIVERY**

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108-2693. On April 2, 2014, I deposited with Federal Express a true and correct copy of the within documents:

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)

in a sealed envelope, addressed as follows:

Frank E. Mayo
Law Office of Frank E. Mayo
4962 El Camino Real, Ste. 104
Los Altos, CA  94022
Attorney for Plaintiff
JASMINE BATH

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 2, 2014, at San Francisco, California.

Jeffrey Pilchard

Firmwide:126217105.1 067169.1004

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE BY FEDERAL
EXPRESS – OVERNIGHT DELIVERY

Case No. C13-3690 JCS